# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH CLAYTON,<br><br>           Petitioner,<br><br>    vs.<br><br>P.L. VAZQUEZ, Warden,<br><br>           Respondent.<br>_____ | Case No. CV 12-6501 MWF (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered dismissing Ground Three of the petition.

DATE: April 29, 2013

                                      _____
                                      HON. MICHAEL W. FITZGERALD
                                      U.S. DISTRICT COURT JUDGE