UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RANDOLPH CLAYTON, | ) | Case No. CV 12-6501 (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| P.L. VAZQUEZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Ground Three of the petition be dismissed.

DATE: April 29, 2013

_____
HON. MICHAEL W. FITZGERALD
U.S. DISTRICT COURT JUDGE