1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH CLAYTON,<br><br>         Petitioner,<br>   vs.<br>P.L. VAZQUEZ, Warden<br>         Respondent.<br>_____ | Case No. CV 12-6501 MWF (MRW)<br><br>JUDGMENT |

   Pursuant to this Court's Order,

   IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: July 10, 2014

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE